1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JOSE LOBATON-LOPEZ

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  | UNITED STATES OF AMERICA, | ) | NO. 1:06-CR-0193 OWW |
    |---|---|---|
12  | *Plaintiff*, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND ORDER |
13  | v. | ) ) | THEREON |
14  | JOSE LOBATON-LOPEZ, | ) ) | Date:  February 12, 2007 |
15  | *Defendant*. | ) ) | Time:  9:00 a.m. Judge: Honorable Oliver W. Wanger |
16  |  | ) |  |

17                              **STIPULATION**

18       It is hereby stipulated by and between the parties hereto that the status conference hearing in the

19  above-entitled matter now set for January 16, 2007, may be continued to **February 12, 2007, at 9:00 a.m.**

20       The reason for this continuance is to allow counsel additional time for defense investigation.

21       The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and

22  (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

23  ///
24  ///
25  ///
26  ///
27  ///
28

defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                      McGREGOR W. SCOTT
                                      United States Attorney

DATED: January 11, 2007                By:    /s/  Steven M. Crass
                                                      STEVEN M. CRASS
                                                      Assistant U.S. Attorney
                                                      Attorney for Plaintiff


                                                      DANIEL J. BRODERICK
                                                      Federal Defender

DATED: January 11, 2007                By:    /s/ Marc C. Ament
                                                      MARC C. AMENT
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      Jose Lobaton-Lopez


## ORDER

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

      IT IS SO ORDERED.

**Dated:**   **January 17, 2007**               **/s/ Oliver W. Wanger**
emm0d6                                         UNITED STATES DISTRICT JUDGE