DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE LOBATON-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-CR-0193 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND ORDER THEREON |
| v. | |
| JOSE LOBATON-LOPEZ, | Date: March 5, 2007<br>Time: 9:00 a.m. |
| Defendant. | Judge: Honorable Oliver W. Wanger |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference hearing in the above-entitled matter now set for February 12, 2007, may be continued to **March 5, 2007, at 9:00 a.m.**

The reason for this continuance is to allow counsel additional time for defense investigation.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

///
///
///
///
///

defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

McGREGOR W. SCOTT
United States Attorney

DATED: February 8, 2007                By:    /s/  Steven M. Crass
                                               STEVEN M. CRASS
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff


                                               DANIEL J. BRODERICK
                                               Federal Defender

DATED: February 8, 2007                By:    /s/ Marc C. Ament
                                               MARC C. AMENT
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               Jose Lobaton-Lopez


## ORDER

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:    February 8, 2007**              /s/ **Oliver W. Wanger**
emm0d6                                      UNITED STATES DISTRICT JUDGE