DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE LOBATON-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-CR-0193 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND ORDER THEREON |
| v. | |
| JOSE LOBATON-LOPEZ, | Date: March 23, 2007<br>Time: 9:00 a.m. |
| Defendant. | Judge: Honorable Lawrence J. O'Neill |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference hearing in the above-entitled matter now set for March 9, 2007, may be continued to **March 23, 2007, at 9:00 a.m.**

The reason for this continuance is to allow counsel additional time for review of presentence investigation report and discussion with the prosecutor regarding possibility of disposition of the case.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

///
///
///
///

1  defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the
2  defendant the reasonable time necessary for effective preparation, taking into account the exercise of due
3  diligence.

4                                                                    McGREGOR W. SCOTT
                                                                     United States Attorney
5

6  DATED: March 1, 2007                          By:    /s/  Steven M. Crass
                                                        STEVEN M. CRASS
7                                                       Assistant U.S. Attorney
                                                        Attorney for Plaintiff
8

9                                                       DANIEL J. BRODERICK
                                                        Federal Defender
10

11 DATED: March 1, 2007                          By:    /s/ Marc C. Ament
                                                        MARC C. AMENT
12                                                      Assistant Federal Defender
                                                        Attorney for Defendant
13                                                      Jose Lobaton-Lopez

14

15
                                                **ORDER**
16

17   Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B).  For the reasons stated above,
18 the court finds that the ends of justice served by the delay outweigh the best interest of the public and the
19 defendants in a speedy trial.

20

21 IT IS SO ORDERED.

22 **Dated:    March 2, 2007**                          /s/ Lawrence J. O'Neill
   b9ed48                                              UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

Stipulation and Proposed Order - Lobaton-Lopez            2