1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JOSE LOBATON-LOPEZ

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   NO. 1:06-CR-0193 LJO
                                   )
12         Plaintiff,               )  STIPULATION TO CONTINUE STATUS
                                   )   CONFERENCE HEARING, AND  ORDER
13    v.                            )  THEREON
                                   )
14 JOSE LOBATON-LOPEZ,             )   Date:  March 30, 2007
                                   )   Time:  9:00 a.m.
15         Defendant.               )  Judge: Honorable Lawrence J. O'Neill
                                   )
16 _____  )

17

18                        **STIPULATION**

19    It is hereby stipulated by and between the parties hereto that the status conference hearing in the

20 above-entitled matter now set for March 23, 2007, **may be continued to March 30, 2007, at 9:00 a.m.**

21    The reason for this continuance is to allow additional time for receipt of a dispositional offer prior

22 to hearing.  The requested continuance will conserve time and resources for both counsel and the court.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1  The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and
2  (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the
3  defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the
4  defendant the reasonable time necessary for effective preparation, taking into account the exercise of due
5  diligence.

McGREGOR W. SCOTT
United States Attorney

DATED: March 22, 2007   By:  /s/ Steven M. Crass
STEVEN M. CRASS
Assistant U.S. Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: March 22 2007   By:  /s/ Marc C. Ament
MARC C. AMENT
Assistant Federal Defender
Attorney for Defendant
Jose Lobaton-Lopez

**ORDER**

Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B).  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:   March 22, 2007**           /s/ Lawrence J. O'Neill
b9ed48                        UNITED STATES DISTRICT JUDGE